

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-012-CR

KIMBERLY ASHLEY STEVENS                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT
----------

We have considered the appellant's "Motion To Dismiss Appeal" and the State's "Agreed Motion For Expedited Mandate."  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  *See id.;* Tex. R. App. P. 43.2(f).  Upon agreement of the parties, the mandate will issue immediately.  *See id.* 18.1(C).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and MCCOY, JJ.
DO NOT PUBLISH

---

[1] *See* Tex. R. App. P. 47.4.

Tex. R. App. P. 47.2(b)

DELIVERED: April 23, 2009